No. 207. ROSENMAN ET AL., EXECUTORS, *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Court of Claims granted. *Mr. Charles Angulo* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson,* and *Mrs. Elizabeth B. Davis* for the United States.

No. 307. CLINE, TRUSTEE IN BANKRUPTCY, *v.* KAPLAN ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Edward Rothbart* for petitioner. *Mr. Norman H. Nachman* for respondents.

No. 322. HERGET, TRUSTEE IN BANKRUPTCY, *v.* CENTRAL NATIONAL BANK & TRUST CO. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. William D. Donnelly* for petitioner. *Messrs. John M. Elliott* and *Walter Bachrach* for respondent.

No. 345. NORTH SHORE CORP. *v.* BARNETT ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. W. Gregory Smith* for petitioner. *Mr. Lucien H. Boggs* for respondents.

No. 346. NORTH SHORE CORP. *v.* SCOTT ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. W. Gregory Smith* for petitioner.